# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. Vasilii SMIRNOV, Defendant. | Case No.: '21 MJ03393<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding Federal Officers<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or August 17, 2021, within the Southern District of California, Vasilii SMIRNOV intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: Department of Homeland Security, United States Customs and Border Protection Officer Diana Matei, while Officer Matei was engaged in and on account of the performance of her official duties, such acts involving making physical contact with Officer Matei; in violation of Title 18, United States Code, Section 111(a)(1), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Thomas Marzolino
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF AUGUST 2021.

HON. KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On August 17, 2021, at approximately 8:50 PM, Vasilii SMIRNOV, ("SMIRNOV"), a Russian national applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #4. SMIRNOV was the driver, of a 2009 Volkswagen Routan ("the vehicle") bearing California license plates. SMIRNOV was accompanied by five (5) Russian nationals.

A Customs and Border Protection Officer (CBPO) was conducting pre-primary enforcement near the SENTRI lane and encountered SMIRNOV. The CBPO instructed SMIRNOV to stop and present his immigration documents. SMIRNOV ignored the officer's command to stop and continued to drive the vehicle. SMIRNOV hit the CBPO with the vehicle.

SMIRNOV was placed under arrest at approximately 9:00 PM.

During a post-Miranda interview, SMIRNOV stated he came to the U.S. to claim political asylum. SMIRNOV said he thought he needed to stop at the primary inspection booth. SMIRNOV stated he did not intentionally hit any officers. SMIRNOV said he did not intend to hurt anyone and only came to the port to claim asylum.

1

SMIRNOV was arrested and charged with a violation of Title 18, United States Code, 111, Assaulting, Resisting, or Impeding Federal Officers.

# STATEMENT OF FACTS

On August 17, 2021, at approximately 8:50 PM, Vasilii SMIRNOV, ("SMIRNOV"), a Russian national applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #4. SMIRNOV was the driver, of a 2009 Volkswagen Routan ("the vehicle") bearing California license plates. SMIRNOV was accompanied by five (5) Russian nationals.

A Customs and Border Protection Officer (CBPO) was conducting pre-primary enforcement near the SENTRI lane and encountered SMIRNOV. The CBPO instructed SMIRNOV to stop and present his immigration documents. SMIRNOV ignored the officer's command to stop and continued to drive the vehicle. SMIRNOV hit the CBPO with the vehicle.

SMIRNOV was placed under arrest at approximately 9:00 PM.

During a post-Miranda interview, SMIRNOV stated he came to the U.S. to claim political asylum. SMIRNOV said he thought he needed to stop at the primary inspection booth. SMIRNOV stated he did not intentionally hit any officers. SMIRNOV said he did not intend to hurt anyone and only came to the port to claim asylum.

SMIRNOV was arrested and charged with a violation of Title 18, United States Code, 111, Assaulting, Resisting, or Impeding Federal Officers.